UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

NEW BEGINNINGS HEALTHCARE FOR
WOMEN, LLC.,

        Plaintiff,

    – against –

EVO PAYMENTS INT'L, LLC, and, EVO
MERCHANT SERVICES, LLC.,

        Defendants.

------------------------------------------------X

ORDER
CV 17-3650 (JFB) (SIL)

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record today, IT IS HEREBY ORDERED that defendants' motion to dismiss is granted with respect to Counts One and Two and denied in all other respects. The motion to strike the class allegations is also denied.

SO ORDERED.

                                                          JOSEPH F. BIANCO
                                                          UNITED STATES DISTRICT JUDGE

Dated:    August 31, 2017
             Central Islip, New York

1