UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 30 2018 ★

LONG ISLAND OFFICE

------------------------------------------------------------x
NEW BEGINNINGS HEALTHCARE FOR :
WOMEN, LLC, individually and on behalf of all :
others similarly situated, :
:
                Plaintiff, :
:
v. :
:
EVO PAYMENTS INTERNATIONAL, LLC, :
and EVO MERCHANT SERVICES, LLC, :
:
                Defendants. :
------------------------------------------------------------x

CONSOLIDATED
CIVIL ACTION NO.
17-cv-3650 (JFB) (SIL)

------------------------------------------------------------x
CENTRAL FLORIDA LIQUIDATION AND :
SALES, LLC and L & M ENTERPRISES :
USA, LLC, individually and on behalf of all :
others similarly situated, :
:
                Plaintiffs, :
:
v. :
:
EVO PAYMENTS INTERNATIONAL, LLC, :
and EVO MERCHANT SERVICES, LLC, :
:
                Defendants. :
------------------------------------------------------------x

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This matter is before the Court on the parties' joint motion to extend all unexpired scheduling deadlines by an additional 60 days. For good cause shown, the Court GRANTS the motion and ORDERS as follows:

All unexpired deadlines in the Court's May 17, 2018 Order (Dkt. No. 58) are extended as follows:

| | |
|---|---|
| Completion of pre-cert fact depositions | September 25, 2018 |
| Disclosure of Plaintiffs' class experts | September 25, 2018 |
| Disclosure of Defendants' class experts | October 26, 2018 |
| Completion of all class discovery | November 27, 2018 |
| Motion for class certification | January 4, 2019 |
| Opposition to class motion | February 15, 2019 |
| Reply to class motion | March 15, 2019 |

/s/ STEVEN I. LOCKE
_____
STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2018
Central Islip, NY