```
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 31 2018   ★

LONG ISLAND OFFICE
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
NEW BEGINNINGS HEALTHCARE FOR
WOMEN, LLC, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

EVO PAYMENTS INTERNATIONAL, LLC,
and EVO MERCHANT SERVICES, LLC,

      Defendants.
---------------------------------------------------------x

---------------------------------------------------------x
CENTRAL FLORIDA LIQUIDATION AND
SALES, LLC, L & M ENTERPRISES USA, LLC,
and PATH COMMUNICATIONS, INC.,
individually and on behalf of all others similarly
situated,

      Plaintiffs,

v.

EVO PAYMENTS INTERNATIONAL, LLC,
and EVO MERCHANT SERVICES, LLC,

      Defendants.
---------------------------------------------------------x

CONSOLIDATED
CIVIL ACTION NO.

17-cv-3650 (JFB) (SIL)

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the above-entitled consolidated action is hereby dismissed with prejudice as to Plaintiffs New Beginnings Healthcare for Women, LLC, Central Florida Liquidations and Sales, LLC, L & M Enterprises USA, LLC, and Path Communications with each party to bear its own costs, and dismissed without prejudice as to all putative class members.

Case 2:17-cv-03650-JFB-SIL   Document 67   Filed 10/30/18   Page 2 of 2 PageID #: 897

Dated: October 30, 2018

Respectfully submitted,

/s/ E. Adam Webb
E. Adam Webb
Adam@WebbLLC.com
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-0998

*Attorneys for Plaintiffs*

/s/ Jonathan R. Chally
Jonathan R. Chally
jchally@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: 404-572-4600

*Attorneys for Defendants*

> The Clerk of Court shall close the case.
>
> /s/ Joseph Bianco
> Joseph F. Bianco
> USDJ
> Date: Oct. 31, 20 18
> Central Islip, N.Y.